UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER ARNOLD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:06CV185 RWS |
| | ) | |
| AMADA AMERICA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

Defendant removed this case from state court on February 9, 2006. On that same day, Defendant filed a motion for a more definite statement arguing that Plaintiff's Complaint is too ambiguous and vague to allow Defendant to file a responsive pleading in accordance with the Federal Rules. Plaintiff failed to timely respond to Defendant's motion, and on February 27, 2006, I ordered Plaintiff to show cause in writing why Defendant's motion should not be granted.

Plaintiff failed to respond to the Show Cause Order, and I subsequently ordered Plaintiff to show cause why the case should not be dismissed. I warned Plaintiff that failure to respond to the second Show Cause Order would result in the dismissal of the case. Plaintiff has failed to respond to the latest Show Cause Order. As a result, this case shall be dismissed pursuant to Fed. R. Civ. P. 41(b).

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that this case is **DISMISSED** without prejudice.

Dated this 21st day of March, 2006.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE